UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| SANDRA C. LEISTER, PhD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-2115 |
| DOVETAIL, INC., MICHELLE PETERSON, and EVAN PETERSON, | ) |
| Defendants. | ) |

# REPORT AND RECOMMENDATION

Following remand from the Court of Appeals for the 7th Circuit, this Court directed entry of the Third Amended Judgment in a Civil Case (#174) on December 11, 2009. Thereafter, Plaintiff filed Plaintiff's Petition for Additional Attorney's Fees (#181). Defendants have filed a response in opposition.

Succinctly stated, Plaintiff has relentlessly pursued Defendants for their misconduct relative to Plaintiff's employment. With equal vigor and intensity, Defendants have resisted Plaintiff's every effort. This becomes expensive. The Third Amended Judgment awarded a substantial sum to Plaintiff for the attorney fees she had incurred. That sum did not reflect all of the work done on behalf of the Plaintiff. She seeks a sum to recover additional costs incurred.

The undersigned has considered the petition and opposition. The opposition is brief and mild. The undersigned has concluded that the objections should not bar Plaintiff from recovering the additional fees.

Accordingly, I recommend pursuant to my authority under 28 U.S.C. § 636(b)(1)(B) that Plaintiff's Petition for Additional Attorney's Fees **(#181)** be **GRANTED** and additional fees awarded in the sum of $38,832.30.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within ten working days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTER this 7th day of September, 2010.

                                                  s/ DAVID G. BERNTHAL
                                                  U.S. MAGISTRATE JUDGE