UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SANDRA C. LEISTER, Ph.D.,   )
                             )
             Plaintiff,      )      05-2115
                             )
    v.                       )
                             )
DOVETAIL, INC., MICHELLE     )
PETERSON, and EVAN PETERSON, )
                             )
             Defendants.     )

## ORDER

On September 7, 2010, Magistrate Judge David G. Bernthal issued a report and recommendation awarding additional attorney's fees to the prevailing plaintiff, Sandra C. Leister. The defendants object to the report and recommendation.

The defendants argue that this court lacks jurisdiction to award attorney fees because they have appealed this court's Third Amended Judgment. The matter is still on appeal, so they contend that this court cannot award attorney fees while the appeal is pending.

> Jurisdiction is not a unitary concept[.] . . . The term has many meanings. The distribution of authority to decide depends on practical rather than formal considerations, and it is easy to imagine two courts having jurisdiction to proceed at once. Why depend on imagination?-this happens every day. District courts award costs and attorneys' fees while the courts of appeals consider the merits.

*Apostol v. Gallion*, 870 F.2d 1335, 1337 (7th Cir. 1989) (internal citations omitted).

The defendant's objection is unavailing. Therefore, the court accepts Judge Bernthal's report and recommendation [192]. The plaintiff's petition for additional attorney's fees [181] is granted and additional fees awarded in the sum of $38,832.30.

Entered this 15 th day of September, 2010.

**\s\Harold A. Baker**
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE